**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ARBEN BAJRA, JOHN BRENNAN, ASHER EINHORN, and MELANIE SUSMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>Defendant. | Civil Action No. 1:24-CV-03477-MHC |

## OPPOSITION TO MOTION TO STAY LOCAL RULE DEADLINES

Plaintiffs Arben Bajra, John Brennan, Asher Einhorn, and Melanie Susman (collectively, "Plaintiffs") have no opposition to staying discovery during the pendency of the Motion to Dismiss filed by Defendant Delta Air Lines, Inc. ("Defendant" or "Delta"). Plaintiffs do, however, oppose staying the straight-forward preliminary planning and disclosure requirements from the Northern District's Local Rules as requested by Delta. *See* Motion to Stay Preliminary Deadlines (Dkt. No. 24). Meeting these deadlines is not onerous and will help move the case forward when dismissal is denied in whole or in part.

**ARGUMENT**

Local Rule 26.2 establishes that discovery does not begin until after a defendant files an answer.  The Local Rules take the opposite approach to the filing of a Joint Preliminary Report and Discovery Plan and a Proposed Scheduling Order and the service of Initial Disclosures, all of which are required after the filing of a motion.  According to Delta, these obligations should also be stayed pending the resolution of the Motion to Dismiss.  This would be contrary to the Local Rules of this Court, which impose limited, pre-discovery obligations upon the appearance of a defendant by answer *or* motion.

Local Rule 16.1 establishes that before the submission of the Joint Preliminary Report and Discovery Plan, "lead counsel for all parties are ***required*** to confer in person in an effort to settle the case, ***discuss discovery***, limit issues, and ***discuss other matters also addressed in the Joint Preliminary Report and Discovery Plan***."  *See* Local Rule 16.1 (emphasis added).  This Local Rule also establishes that this conference "***shall*** be held within sixteen days after the appearance of a defendant ***by answer or motion*** . . ."  *Id.* (emphasis added).  Therefore, the plain language of Local Rule 16.1 makes it clear that these are requirements.

Local Rule 16.2 establishes that for cases that are not settled at the early planning conference "counsel are ***required*** to complete the Joint Preliminary

Report and Discovery Plan form prepared by the Court and attached to these rules as Appendix B." *See* Local Rule 16.2 (emphasis added). The completed form "***must be filed*** within thirty days after the appearance of the first defendant by ***answer or motion*** . . . ." *Id.* (emphasis added). Thus, Local Rule 16.2 mandates this obligation also.

With respect to the filing of Initial Disclosures, the Local Rules of this Court make it clear that the parties are required to make their Initial Disclosures within 30 days "after the appearance of a defendant ***by answer or motion***." *See* Local Rule 26.1 (emphasis added). Accordingly, Local Rule 26.1 requires the parties to make their initial disclosures.

Delta's claim that all of these pre-discovery obligations should be stayed pending the resolution of its motion is foreclosed by the clear language of the Local Rules. Local Rule 16.2 and 26.1 require Delta to fully participate in the preparation of the Joint Preliminary Report and Discovery Plan and provide substantive Initial Disclosures. Respectfully, the Court should require Delta to adhere to these obligations.

## **<u>CONCLUSION</u>**

The Local Rule requirements are not onerous and experience shows they serve a valuable purpose of moving cases forward. Delta's request for a stay of pre-discovery obligations should be DENIED.

Dated: October 21, 2024

Respectfully submitted,

*/s/ G. Franklin Lemond, Jr.*
E. Adam Webb
G. Franklin Lemond, Jr.
**WEBB, KLASE & LEMOND, LLC**
1900 The Exchange, S.E.
Suite 480
Atlanta, Georgia 30339
Tel: (770) 444-9325
Facsimile: (770) 217-9950
Adam@WebbLLC.com
Franklin@WebbLLC.com

Joseph G. Sauder
Joseph B. Kenney
Juliette T. Mogenson
SAUDER SCHELKOPF
1109 Lancaster Avenue
Berwyn, PA 19312
Tel: 888.711.9975
jgs@sstriallawyers.com
jbk@sstriallawyers.com
jtm@sstriallawyers.com

***Attorneys for the Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October, 2024, I served the foregoing with the Clerk of Court using the CM/ECF e-filing system which will automatically send electronic mail notification of such filing to the following counsel of record:

*Marc Ayala, [mayala@bsfllp.com](mailto:mayala@bsfllp.com)*

*Michael Rosen Baumrind, [baumrind@bmelaw.com](mailto:baumrind@bmelaw.com)*

*Joseph B. Kenney, [jbk@sstriallawyers.com](mailto:jbk@sstriallawyers.com)*

*G. Franklin Lemond, Jr., [flemond@webbllc.com](mailto:flemond@webbllc.com)*

*Frank M. Lowrey, IV, [lowrey@bmelaw.com](mailto:lowrey@bmelaw.com)*

*Michael S. Mitchell, [mmitchell@bsfllp.com](mailto:mmitchell@bsfllp.com)*

*Joseph G. Sauder, [jgs@sstriallawyers.com](mailto:jgs@sstriallawyers.com)*

*Jane D. Vincent, [vincent@bmelaw.com](mailto:vincent@bmelaw.com)*

*Edward Adam Webb, [adam@webbllc.com](mailto:adam@webbllc.com)*

*/s/ G. Franklin Lemond, Jr.*
G. Franklin Lemond, Jr.