**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **ARBEN BAJRA, JOHN BRENNAN, ASHER EINHORN, and MELANIE SUSMAN, individually and on behalf of all others similarly situated,**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**DELTA AIR LINES, INC.,**<br><br>    **Defendant.** | **CIVIL ACTION FILE**<br><br>**NO. 1:24-CV-3477-MHC** |

## ORDER

Plaintiffs initiated this putative class action lawsuit on August 6, 2024, seeking to recover damages arising out of the CrowdStrike outage that occurred on July 19, 2024.  See generally Class Action Compl. [Doc. 1].  On September 30, 2024, Defendant Delta Air Lines, Inc., filed a motion to dismiss the Complaint [Doc. 21].  On October 21, 2024, Plaintiffs filed an Amended Complaint [Doc. 27].  "An amended pleading supersedes the former pleading; the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary."  Dresdner Bank, A.G. v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal punctuation and citation omitted).  Because

Plaintiffs have amended their complaint (making the Amended Complaint the operative complaint in this case), Defendant's Motion to Dismiss is moot.  See also Gulf Coast Recycling, Inc. v. Johnson Controls, Inc., No. 8:07-CV-2143-T-30TBM, 2008 WL 434880, at *1 (M.D. Fla. Feb. 14, 2008) ("The filing of the amended complaint renders Defendants' earlier filed Motion to Dismiss moot.").

Accordingly, it is hereby **ORDERED** that Defendant Delta Air Lines, Inc.'s Motion to Dismiss [Doc. 21] is **DENIED AS MOOT**.

Furthermore, on October 21, 2024, this Court granted Defendant's Motion to Stay Preliminary Deadlines [Doc. 24] pending the Court's resolution of Defendant's Motion to Dismiss.  Oct. 21, 2024, Order [Doc. 26].  Because the Motion to Dismiss is denied as moot, it is further **ORDERED** that the stay is **LIFTED**.  The parties are directed to conduct the Rule 26(f) conference, file the Joint Preliminary Report and Discovery Plan, and exchange initial disclosures within the times prescribed by the Local Rules of this Court.  See LR 16.1, 16.2, 26.2(A), NDGa.

**IT IS SO ORDERED** this 22nd day of October, 2024.

MARK H. COHEN
United States District Judge

2