## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ARBEN BAJRA, JOHN BRENNAN, AUNALI KHAKU, DAVID KUK, CARMEN MOORMAN, and VITTORIO MUZZI, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC.<br><br>    Defendant. | Case No. 1:24-cv-03477<br><br>Hon. Mark H. Cohen<br><br><br>JURY TRIAL DEMANDED |

### AMENDED SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

| | |
|---|---|
| January 24, 2025 | Plaintiff and Defendant shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26 |
| June 19, 2025 | Fact Discovery shall commence |

| | |
|---|---|
| July 21, 2025 | Deadline for Plaintiffs to move for leave to amend their pleadings (with Delta reserving rights to oppose) |
| March 20, 2026 | Deadline for fact discovery |
| April 20, 2026 | Expert Discovery shall commence |
| April 20, 2026 | Plaintiffs shall identify and serve expert report(s) of any expert they intend to rely upon |
| June 19, 2026 | Defendant shall complete all depositions of Plaintiffs' expert(s) |
| July 20, 2026 | Defendant shall identify and serve expert report(s) of any expert it intends to rely upon |
| September 3, 2026 | Plaintiffs shall complete all depositions of Defendant's expert(s) |
| September 18, 2026 | Plaintiffs shall identify and serve expert rebuttal report(s), if any |
| October 5, 2026 | If Plaintiffs submit any rebuttal expert report(s), the Parties shall meet and confer regarding the need for Defendant to submit any sur-rebuttal expert report(s) and, if so, submit a proposed revised schedule addressing timing of any sur-rebuttal report(s), depositions related to same, and any impact on the remaining dates in this scheduling order |

| October 19, 2026 | Defendant shall complete all depositions of Plaintiffs' rebuttal expert(s), if any |
|---|---|
| October 19, 2026 | Expert discovery closes |
| November 3, 2026 | Plaintiffs shall file their Motion for Class Certification<br><br>Defendant shall file its summary judgment motion, along with any FRE 702 motions relevant to summary judgment |
| December 18, 2026 | Defendant shall file its response in opposition to the Motion for Class Certification, along with any FRE 702 motions relevant to class certification<br><br>Plaintiffs shall file their response in opposition to Defendant's Motion for Summary Judgment along with any FRE 702 motions relevant to summary judgment |
| February 1, 2027 | Plaintiffs shall file their reply in support of their Motion for Class Certification<br><br>Defendant shall file its reply in support of its Motion for Summary Judgment and its response to any *Daubert* motions filed by Plaintiffs |
| 21 days after the Court's Ruling on Class Certification or the 11th Circuit's disposition of any requested appeal of class certification | The Parties shall meet and confer regarding a schedule for the remainder of the case |

IT IS SO ORDERED, this 22nd day of May, 2025.

Hon. Mark H. Cohen
Judge, United States District Court