# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARBEN BAJRA, JOHN BRENNAN, AUNALI KHAKU, DAVID KUK, CARMEN MOORMAN, and VITTORIO MUZZI, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>DELTA AIR LINES, INC.,<br><br>   *Defendant*. | Index No. 1:24-CV-03477-MHC |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED THIRD AMENDED CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Delta Air Lines, Inc. ("Delta"), by and through its undersigned counsel of record, hereby moves to dismiss in part Plaintiffs' Consolidated Third Amended Class Action Complaint (ECF No. 82), as summarized on Appendix A to this motion and supported by Delta's accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss.

1

<table>
<tr><td>Dated: March 4, 2026</td><td>Respectfully submitted, [1]</td></tr>
<tr><td></td><td>/s/ *Michael R. Baumrind*</td></tr>
<tr><td>

Michael S. Mitchell  
District of Columbia Bar No. 986708  
(admitted *pro hac vice*)  
**BOIES SCHILLER FLEXNER LLP**  
1401 New York Ave., NW  
Washington, DC 20005  
(202) 237-2727  
mmitchell@bsfllp.com  

Marc Ayala  
(admitted *pro hac vice*)  
New York Bar No. 5018388  
Andrew P. Steinmetz  
(admitted *pro hac vice*)  
New York Bar No. 5574819  
**BOIES SCHILLER FLEXNER LLP**  
333 Main Street  
Armonk, NY 10504  
(914) 749-8200  
mayala@bsfllp.com  
asteinmetz@bsfllp.com  

James Lee  
(admitted *pro hac vice*)  
New York Bar No. 4422382  
Florida Bar No. 67558  
**BOIES SCHILLER FLEXNER LLP**  
100 SE Second Street, Suite 2800  
Miami, FL 33131  
(305) 357-8434  
jlee@bsfllp.com  

</td><td>

Frank M. Lowrey IV  
Georgia Bar No. 410310  
Jane "Danny" Vincent  
Georgia Bar No. 380850  
Michael R. Baumrind  
Georgia Bar No. 960296  
**BONDURANT MIXSON**  
 **& ELMORE, LLP**  
One Atlantic Center  
Suite 3900  
1201 West Peachtree Street NW  
Atlanta, Georgia 30309  
(404) 881-4100  
lowrey@bmelaw.com  
vincent@bmelaw.com  
baumrind@bmelaw.com  

</td></tr>
</table>

---

[1] Pursuant to Local Rule 7.1D, counsel for Delta certifies that this submission was prepared with a font and point selection approved in Local Rule 5.1B.

## **CERTIFICATE OF SERVICE**

I certify that on March 4, 2026 the foregoing DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED THIRD AMENDED CLASS ACTION COMPLAINT was filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to Plaintiffs' counsel of record.

>*s/ Michael R. Baumrind*
>Michael R. Baumrind
>Georgia Bar No. 960296
>**BONDURANT MIXSON**
>**& ELMORE, LLP**
>One Atlantic Center
>Suite 3900
>1201 West Peachtree Street NW
>Atlanta, Georgia 30309
>(404) 881-4100
>baumrind@bmelaw.com